IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| AMERICAN CONTRACTORS INDEMNITY CO., Plaintiff, -v- LELA W. WEST & RONALD WEST., Defendants. | Civil Action No. 1:12-CV-01015 |
|---|---|

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT AND MODIFYING MAGISTRATE JUDGE'S RECOMMENDATIONS

Before the Court is Plaintiff's Motion for Default Judgment against the two above-captioned Defendants in this matter, under Local Rule 7 and Federal Rule of Civil Procedure 55(b)(2) (Dkt. No. 37). Pursuant to 28 U.S.C. § 636(b)(1)(c) the Magistrate Judge issued a Report and Recommendation on June 5, 2014 (Dkt. No. 42). Plaintiff filed a timely Objection to the Magistrate Judge's Report and Recommendation (Dkt. No. 43) on June 19, and an accompanying Motion for Attorney's Fees (Dkt. No. 45) on June 20.

Upon the Plaintiff's motion for entry of default judgment against Defendants Lela West and Ronald West, and in consideration of the arguments in the Objection submitted by Plaintiff, the Court hereby adopts the Magistrate Judge's recommendations and incorporates the change requested by Plaintiff in its Objection. The Court finds that Plaintiff is entitled to reasonable attorney's fees under the Indemnity Agreement, and that the documentation submitted by Plaintiff is now sufficient to establish the reasonableness of the fees requested. It is therefore **ORDERED:**

1. Plaintiff's Motion for Default Judgment (Dkt. No. 37) is **GRANTED**.

2. Plaintiff's Motion for Attorney's Fees (Dkt. No. 45) is **GRANTED**. Plaintiff is awarded attorney's fees in the amount of $45,939.71.

July 10, 2014
Alexandria, Virginia

/s/ *[signature]*
Liam O'Grady
United States District Judge